IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:11-cr-00011-MP-GRJ-1

RAUL PAGAN RODRIGUEZ,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 84, Motion to Continue Change of Plea by Raul Pagan Rodriguez. The parties have been unable to come to an agreement concerning the Statement of Facts, primarily due to the language barrier between the Defendant and his counsel. As such, defendant requests the Court continue his change of plea hearing until October 26, 2011. The government does not oppose the requested relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's motion to continue change of plea hearing, Doc. 84, is GRANTED.

2. The change of plea hearing is CONTINUED until Wednesday, October 26, 2011 at 11:00 a.m.

**DONE AND ORDERED** this  *12th*  day of October, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge